### 28612. CARTER et al. v. KINMAN et al.

UNDERCOFLER, Justice. This appeal is from a judgment of the Superior Court of Gordon County on a petition for certiorari to the Ordinary of Gordon County in an action to remove obstructions from a private way under Code § 83-119. This appeal is not one of which this court has jurisdiction under Code Ann. § 2-3704 and it must be transferred to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED FEBRUARY 11, 1974 — DECIDED FEBRUARY 18, 1974.

*Langford & Pope, R. Thomas Pope, James B. Langford,* for appellants.

*R. F. Chance,* for appellees.